EXHIBIT A



Secure Processing Center
P.O. Box 680
Central Islip, NY 11722-0680

********AUTO**ALL FOR AADC 691
Mandy Shaul-Bolek



P-3
T-40

May 1, 2026

## NOTICE OF DATA BREACH

Dear Mandy Shaul-Bolek:

At Western Orthopaedics, P.C. ("Western Ortho"), we value you as a patient and respect the privacy of your information. We are writing to inform you of a recent security incident that affected our network and involved some of your personal information, including protected health information. This letter contains information about what happened, the measures taken in response, and services we are making available to you to help protect your information.

### WHAT HAPPENED?

On October 2, 2025, Western Ortho became aware of a potential security incident. Upon becoming aware of the issue, we took immediate steps to investigate, contain, and remediate the incident with the assistance of our contracted cybersecurity team and external cybersecurity experts. Based on the investigation, Western Ortho determined that, as part of the security incident, between approximately September 17, 2025 and September 25, 2025, an unauthorized third party accessed and/or acquired certain data contained within our network.

As part of our investigation and response, we conducted an analysis to determine whether personal information, including protected health information, was present in the affected data. That analysis concluded on March 3, 2026 at which time we determined that some of your information may have been involved in this incident.

### WHAT INFORMATION WAS INVOLVED?

Our review determined that the data affected may have included your protected health information, including your full name and address; phone number; Social Security number; date of birth; financial account, credit, or debit card number, with or without any required security code, access code, or password; and protected health information, including health insurance information, health insurance plan or subscriber identification number, medical provider name, medical dates of service, and medical cost or billing information. Please note, not all data elements were present for every individual.

### WHAT WE ARE DOING

Upon discovering the incident, Western Ortho took immediate steps to contain the event and confirm the security of our network environment. Although we have no indication of identity theft or fraud in relation to this event, to help relieve concerns and restore confidence following this incident, we have arranged for you to enroll in complimentary credit monitoring and identity protection services for 12 months, at no cost to you, through Epiq. Please carefully read the remainder of this letter to learn of these services and instructions on how to enroll within the "Other Important Information" document enclosed.