## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

|  |  |
|---|---|
| **MANDY SHAUL-BOLEK**, individually and on behalf of all others similarly situated;<br><br>*Plaintiff,*<br><br>v.<br><br>**WESTERN ORTHOPAEDICS, P.C.**,<br><br>*Defendant*. | Case No.: 1:26-cv-02039 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mandy Shaul-Bolek ("Plaintiff") hereby files her Notice of Voluntary Dismissal of her claims against Defendant Western Orthopaedics, P.C., without prejudice.

DATED: May 22, 2026

Respectfully submitted,

*/s/ Sean Short*
Sean Short
Arkansas Bar No. 2015079
sean@sanfordlawfirm.com
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 904-1650
Service only: service@eksm.com

**COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the 22nd  day of May 2026, a true and correct copy

of the foregoing document was filed with the Clerk of Court through the Court's electronic system,

which will send electronic notification to all counsel of record.

<u>*/s/ Sean Short*</u>
Sean Short